■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v IBRAHIM GYANG, Defendant. [950 NYS2d 484]—Application by the defendant for a writ of error coram nobis seeking leave to file a late notice of appeal from a judgment of the Supreme Court, Nassau County, rendered June 2, 2006.

Ordered that the application is denied.

The defendant has not established his entitlement to the relief requested (*see People v Syville*, 15 NY3d 391 [2010]). Angiolillo, J.P., Dickerson, Belen, Hall and Lott, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRIAN A. MANZULLO, Appellant. [950 NYS2d 483]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated January 31, 2005 (*People v Manzullo*, 14 AD3d 717 [2005]), affirming a judgment of the County Court, Suffolk County, rendered October 15, 2003.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Skelos, J.P., Balkin, Dickerson and Austin, JJ., concur.